916

No. 380, Misc. SMITH v. ARKANSAS. Supreme Court of Arkansas. Certiorari denied.

No. 393, Misc. PATTERSON v. GEORGIA. Supreme Court of Georgia. Certiorari denied. *Warren E. Hall, Jr.* for petitioner.

*Rehearing Denied. (See also Misc. Nos. 284, 285 and 303, supra.)*

No. 48. SAVORGNAN v. UNITED STATES ET AL., 338 U. S. 491;

No. 417. CAWTHORN v. UNITED STATES, 338 U. S. 909;

No. 505. TRANSPORT, TRADING & TERMINAL CORP. v. COMMISSIONER OF INTERNAL REVENUE, 338 U. S. 955;

No. 508. OWENS v. UNITED STATES, 338 U. S. 955;

No. 535. HORNER v. UNITED STATES, 338 U. S. 956;

No. 90, Misc. CROWE v. UNITED STATES, 338 U. S. 950;

No. 255, Misc. THOMPSON v. ROBINSON, WARDEN, 338 U. S. 950;

No. 287, Misc. AVELINO v. HEINZE, WARDEN, 338 U. S. 941; and

No. 345, Misc. PEREZ v. NEW YORK, 338 U. S. 952. The petitions for rehearing in these cases are severally denied.

No. 106, Misc. GRIFFIN v. UNITED STATES, 338 U. S. 952. Rehearing denied. MR. JUSTICE CLARK took no part in the consideration or decision of this application.

No. 377, Misc., October Term, 1948. FERGUSON, TEMPORARY ADMINISTRATOR, ET AL. v. FERGUSON, 337 U. S. 943. Second petition for rehearing denied.